PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8825
  Facsimile: (415) 744-0134

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANGELICIA MARIA RAMIREZ,<br><br> Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br> Defendant. | CIVIL NO. 1:16-cv-00845-JLT<br><br>STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)<br><br>(Doc. 9) |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to Section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

  Meaningful review of this case is not possible because the file of the Administrative Law Judge's October 17, 2014 decision cannot be located at this time. Upon receipt of the court order, the Appeals Council will review the materials submitted by Plaintiff's counsel and, if all the materials including the hearing recording are complete, the certified administrative record will be prepared. If the

Stip. & Prop. Order for Remand; 16-cv-0845-JLT

1

materials are not complete, the Appeals Council will remand the case to an Administrative Law Judge to locate or reconstruct the record and, if unable to do so, hold a de novo hearing.

                                        Respectfully submitted,

Dated: September 30, 2016        */s/ Monica Perales\**
                                        MONICA PERALES
                                        (\*As authorized via email)
                                        Attorney for Plaintiff

Dated: September 30, 2016        PHILLIP A. TALBERT
                                        Acting United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                           By:      */s/ Jennifer Lee Tarn*
                                        JENNIFER LEE TARN
                                        Special Assistant United States Attorney
                                        Social Security Administration

                                        Attorneys for Defendant

## ORDER

    Pursuant to stipulation, the Court ORDERS the matter remanded further administrative action pursuant to Section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

IT IS SO ORDERED.

    Dated:  __**September 30, 2016**__      __**/s/ Jennifer L. Thurston**__
                                                        UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Remand; 16-cv-0845-JLT