# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA MARIA RAMERIZ, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL[1], <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-0845 – JLT <br><br> ORDER REOPENING THE MATTER <br><br> ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ANGELICA MARIA RAMERIZ AND AGAINST DEFENDANT NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY |

Angelica Maria Rameriz initiated this action on June 18, 2016, seeking judicial review of the decision to deny her application for benefits. (*See* Doc. 1) By stipulation of the parties, the Court remanded the action for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g), because the claim file associated with Plaintiff's complaint could not be located. (Doc. 9)

Importantly, a sentence six remand "is always interlocutory and never a 'final' judgment." *Carrol v. Sullivan*, 802 F. Supp. 295, 300 (C.D. Cal. 1992). Therefore, in a sentence-six remand case, the Court retains jurisdiction following the remand for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991) (district court retains jurisdiction over Social Security cases remanded under sentence six of 42 U.S.C. § 405(g)). Thus, the Court retained jurisdiction in this action, which must return to the Court following completion of the administrative proceedings for final judgement to

---

[1] Nancy A. Berryhill is now Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.

entered, or for the action to be dismissed. *Id.*; *see also Shalala v. Schaefer*, 509 U.S. 292, 298-300 (1993).

The parties report that following the Court's remand, "an administrative law judge… issued a fully favorable decision in Plaintiff's case" on July 28, 2017 (Doc. 12 at 1; Doc. 12-1 at 2) Therefore, on February 8, 2018, the parties stipulated that the action be re-opened and agree that "judgment should be entered for Plaintiff." (Doc. 12 at 2) Because the administrative proceedings were resolved in favor of Plaintiff, it is appropriate for the Court to re-open the matter and enter judgment in favor of Plaintiff, as requested by the parties. *See Melkonyan*, 501 U.S. at 98. Accordingly, the Court **ORDERS**:

1. The joint request to re-open the matter is **GRANTED**; and
2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Angelica Maria Ramirez and against Defendant, Nancy Berryhill, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 12, 2018**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE